IN THE UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

---

Ramon J Francis _____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

KRS 11A, KRS 12, KRS 13, KRS 13A, KRS13B, KRS 14, KRS 14A, KRS 15, KRS15A, KRS 16, KRS 17, KRS, 18, KRS18A, KRS 19, KRS 35, KRS 36, KRS 37, KRS 38, KRS 39, KRS 39D __

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. __3:22CV-664-CHB__

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No
*(check one)*

FILED
JAMES J. VILT, JR. - CLERK

DEC 19 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

---

I.  The Parties to This Complaint A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name         Ramon J Francis _____ Street
Address     _700 E. Muhmmad Ali Blvd_____ City and
County      _Louisville Jefferson_____ State and Zip

Code     Kentucky 40202     Telephone Number     463 251 7751

E-mail Address     ramezfranchise@gmail.com

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name     Executive Branch

    Job or Title (if known)

    Street Address     1600 Pennsylvania Avenue NW

    City and County     Washington     State and Zip Code     DC 20500     Telephone Number

    E-mail Address (if known)

Defendant No. 2

    Name     Military Affairs

    Job or Title (if known)

    Street Address     1600 Pennsylvania Avenue NW

    City and County     Washington

        State and Zip Code    DC 20500

        Telephone Number

        E-mail Address (if known)

    Defendant No. 3

        Name

        Job or Title (if known)

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address (if known)

    Defendant No. 4

        Name

        Job or Title (if known)

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address (if known)

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name _____ Street Address

    _____ City and County

    _____ State and Zip Code

    Telephone Number _____ **II.**    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Other federal law *(specify the federal law)*:
  <u>Exhibit enabling: **Liar/Leud /Lasvascious**; Federal ID **enabling impersonation/theft**</u>

- ☐ Relevant state law *(specify, if known)*:
  _____

- ☐ Relevant city or county law *(specify, if known)*:
  _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim

and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____ ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____ ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)* ☐ disability or perceived disability *(specify disability)*

5

E. The facts of my case are as follows. Attach additional pages if needed. as <u>violated nervous mass ; by ' an ' other unidentified tool/device to e.g hammer____ bone, synapses unknown of structure from 2011 - current present, furthermore____ hosting terroristic influence talkative communication of ' my ' nerves enabling.____ reason spleen causes calorics and preserves the food industry only few doctors____ who scientific the reason fact exists while sapien is to commit it to plaintiff and__ indiscrimination, though flee and evade is unlawful and will be opininonated;__ just synapses trespass incriminating reason._____ hyperparticle attacks muscular system ( anti ) sensitivity to enzymic amorphous__ carbohydrate absorb ( function )_____</u>

F. <u>fraud is Defendant by force_____</u>

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)*

_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

6

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

By Magistration Order payment to account for controlled incompliance against uncontrolled psychosis to Plaintiff which comes from Defendant, adult respect to dignify irresponsibility; and Order a year utilization of this lawsuit government forms utilized about compliance of Defendant

Incompliance need by Magistration Order Payment from taxes of identity bond/ held by relief of payment (x/$30,000,000,000 billion).

psychosis uncontrolled of behaviof by doing the same hings whoch contradict focal attentive need reobjections against abjudication utilized to navigate intellect same behavioral unneed; earns tax respect and dignity to fine Defrndant to criminal payment enabling psychosis as psychosis' endangered change of synapses habit/ by practice enabled fine enabled by criminal payment to Plaintiff enabled practise of what Defendant endangers, fined to flee and evade punishment by life imprisonment

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __12/19/2022__, 20__22__.

Signature of Plaintiff _____

Printed Name of Plaintiff __Ramon Francis_____

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____ Name of Law Firm
_____ Address
_____ Telephone Number

_____
E-mail Address  _____

8