UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| RAMON J. FRANCIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE BRANCH *et al.*, )<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 3:22-CV-664-CHB<br><br>**ORDER DISMISSING CASE** |

\*\*\* \*\*\* \*\*\* \*\*\*

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and pursuant to Fed. R. Civ. P 12(b)(1) for lack of subject-matter jurisdiction in accordance with *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final and appealable Order**, and this case is **STRICKEN** from the Court's active docket.

This Court further **certifies** that an appeal *in forma pauperis* would be frivolous and therefore would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

This the 9th day of May, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Plaintiff, *pro se*
A958.014